UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:    James W McCray    :    CASE NO.  15-55009
Virginia I McCray
:
:     CHAPTER 13
DEBTOR(S)    :
:     JUDGE HOFFMAN
:
:     CHANGE OF ADDRESS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Come now Debtor(s), by counsel, and gives this Court notice of change of address as follows:

James & Virginia McCray
1006 Dayton Street
Chillicothe, OH


/s/ Claire R. Fried
Claire R. Fried
869 N Mulberry Street
Chillicothe, Ohio 45601
(740) 773-9000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Change of Address was served by ECF at the email addresses registered with the court upon the following:

Faye D. English– Chapter 13 Trustee
U.S. Trustee (Columbus)

this 20th day of October 2017.

/s/ Claire R. Fried
Claire R. Fried
86 N Mulberry Street
Chillicothe, Ohio 45601
(740) 773-9000